FRANCIS C. HILL et al., Respondents, *v.* STEPHEN A. PALMER, et al., Appellants.

(Argued January 13, 1890; decided January 28, 1890.)

APPEAL from judgment of the General Term of the Supreme Court in the second judicial department, entered upon an order made May 21, 1887, which affirmed a judgment in favor of plaintiffs, entered upon a verdict, and affirmed an order denying a motion for a new trial.

*John V. B. Lewis,* for appellants.

*Thomas Young,* for respondents.

Agree to affirm; no opinion.
All concur.
Judgment affirmed.

WILCOX AND GIBBS SEWING MACHINE COMPANY, Appellant, *v.* THE KRUSE AND MURPHY MANUFACTURING COMPANY et al., Respondents.

(Argued January 14, 1890; decided January 28, 1890.)

APPEAL from judgment of the Court of Common Pleas in and for the city and county of New York, entered upon an order made January 6, 1887, which modified and affirmed as modified a judgment in favor of defendants, entered upon a decision of the court on trial at Special Term.

*Stephen A. Walker* for appellant.

*J. Hampden Dougherty* for respondents.

Agree to affirm; no opinion.
All concur.
Judgment affirmed.